**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| Nationwide Mutual Insurance Company, | ) | C.A. No. 6:05-827-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR PUBLICATION** |
| | ) | |
| Whitney Miles, Latasha Kirksey, Brandon Fergurson, and James Zimmerman, | ) ) | |
| | ) | |
| Defendants. | ) | |

After reading the Affidavit of Adam J. Neil, Esquire, attorney for the Plaintiff, herein, it is hereby

**ORDERED** that the Defendant, Latasha Kirksey, be served by publication, as authorized by Section 15-9-710 of the 1976 Code of Laws for South Carolina, as amended, and that a copy of the Summons and Complaint be forthwith deposited in the mails, addressed to the last known address of the Defendant, or served upon the Defendant personally, as same can be had and that said publication of the Summons shall be inserted in Greenville News as soon as possible, in the County of Greenville**,** State of South Carolina, not less than once a week for three (3) consecutive weeks.

                                                                    s/ Henry M. Herlong, Jr.
                                                                    United States District Judge

Greenville, South Carolina
July 26, 2005